ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA  93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| JOHN H. LEWIS, )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>COMMISSIONER of )<br>SOCIAL SECURITY, )<br>)<br>Defendant. )<br>_____) | CASE NO: CIV-F 05-1099<br>OWW LJO<br><br>STIPULATION and ORDER<br>to<br>EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from March 9, 2006 to April 8, 2006.

/ / / / /                                                                                                              \ \ \ \ \

/ / / / /                                                                                                              \ \ \ \ \

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Robert D. Christenson |
| Dated:  March 7, 2006 | ROBERT D. CHRISTENSON<br>Attorney for Plaintiff |
| Dated: ____3/7/06_____ | **McGREGOR W. SCOTT**<br>United States Attorney |
|  | /s/ Kristi C. Kapetan/sjm<br>_____<br>**KRISTI C. KAPETAN**<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   March 8, 2006**         **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE